RECEIVED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bryan Armstrong
_____,
Plaintiff(s),

vs.

City of Chicago
_____,
Defendant(s).

1:13-cv-05548
Judge George M. Marovich
Magistrate Judge Arlander Keys

RECEIVED

AUG - 2 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

- This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.
- The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.
- Plaintiff's full name is Bryan McKinley Armstrong.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

44

4. Defendant, _____, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **CITY OF Chicago**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **7-30-2013**, at approximately **9:30** ☑ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **Chicago**, in the County of **Cook**, State of Illinois, at **3216 W. Fulton**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☑ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: **The Property is in foreclosure and it is my Belief that the City of Chicago is conspiring with the Bank of Record JP Morgan Chase / Bayview to Defraud my Wife, which owns the property, Loan out of Her home**

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: **65 ILCS 5/11-31-1, Before This was alleged The City of Chicago filed suit to disposses my wife of Her property and give it to A Court Ordered receiver JP Morgan Chase / Bayview Loan Servicing LLC**

8. Plaintiff was charged with one or more crimes, specifically:

45

~~_____~~

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as

follows _____N/A_____

_____.

☒ Other:

DEfendant DISCriminatED Against The Plaintiff When the DEfendant filed a Malicious lawsuit THE Borrower AND DID NOT Bring SuiT against Mortgagor (THE BANK) or

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

On 4-2-2012 a housing Complaint was filed according To the cities record's. The violations in question are old violations from a previous CASE That the city citED. The violations was attached with fines in which the fines was paid off, yet the city Never removed The violations from their rolls. I NO longer own This property and I'm being SuED AS if I'm STILL The owner The CITY failed To Bring suit against the legal owner

X Bryan Armstrong

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

46

After filing a motion To VACATE DEFAULT JUDGEMENT ON Oct 30, 2012 and grant other equitable relief I Thought That was the end of This matter until on 7-30-2013 I was served with A VACATE ORDER.

11. Defendant acted knowingly, intentionally, willfully and maliciously.
12. As a result of defendant's conduct, plaintiff was injured as follows: The defendant failed to do their due diligence in ascertaining the TruE OwNERS of The Subject property and persuing them with a lawsuit yet I was singled out by the defendant AND NO ONE ELSE
13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

    WHEREFORE, plaintiff asks for the following relief:
A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;
B.     ☑ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and
C.     Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Bryan M. Armstrong
Plaintiff's name *(print clearly or type)*: _____
Plaintiff's mailing address: 3216 W. FULTON ST 2ND FLR
City Chicago      State IL      ZIP 60624

Plaintiff's telephone number: (312) 388-9192 .

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

15. Plaintiff has previously filed a case in this district.  ☑ Yes  ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

```
2009    JUDGE  GOTTShall
2012    JUDGE  GARY Feinerman   12 cv 09566
2013    JUDGE  Kennelly         13 cv 5160
```

48

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT–FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation,
Plaintiff,

v. **Bryan Armstrong**

et al.,
Defendant(s).

No: **12** MI **401040**

Re: **3216 W Fulton Blvd**

Courtroom 1105, Richard J. Daley Center

## ORDER

This cause coming to be heard on the set call, the Court having jurisdiction over the subject matter and the below-named defendant(s), being fully advised in the premises, and having heard evidence and testimony:

IT IS HEREBY ORDERED THAT Defendant(s) **Bryan Armstrong**

- [ ] Must personally appear before this Court on the next court date.
- [X] Must schedule and be present for an (interior / exterior) inspection of the entire premises, with plans and permits on site, with the Department of Buildings, before the next court date ~~or by~~.
- [ ] Must correct the following violations at the premises as cited in the Plaintiff's Complaint: _____ before the next court date or by _____.
- [ ] Must board and secure the premises before the next court date or by _____.
- [ ] Must keep the premises vacant / boarded and secured until further order of court.
- [ ] Shall be subject to a preliminary injunction not to rent, use, lease, or occupy the _____ and must keep the same vacant and secure until further order of court.
- [ ] Must immediately post notice at all levels of the front / rear porch(es) and notify all tenants and occupants that the porch(es) are to be used for emergency exiting only and not for recreation or storage, and maintain such notice until further order of court.
- [ ] Must register the premises as a vacant building pursuant to Municipal Code of Chicago §§ 13-12-125 to -128 within _____ days and must present proof of registration to the Court on the next court date.

~~[struck-through handwriting]~~

ADDITIONALLY, THAT:
- [ ] All prior orders shall continue in full force and effect until further order of court.
- [ ] An alias summons shall issue to _____
- [ ] The following shall be joined as defendant(s) with summons to issue: _____
- [ ] All tenants and occupants of the property are joined as defendants with summons to issue.
- [ ] The following defendants are dismissed without prejudice, no fines, no costs: _____
- [ ] Defendant(s) _____ has / have failed to appear in court or otherwise plead and is / are in default. The complaint is confessed against said Defendant(s), and:
  - [ ] an ex parte judgment in the amount of $_____.00 plus court costs of $_____.00 for a total amount of $_____.00 is entered against said Defendant(s).
  - [ ] prove-up is continued to a later date.
- [ ] Defendant(s) unknown owners and nonrecord claimants and _____ having failed to appear in court or otherwise plead as of the publication default date of ___/___/___ is/are in default and the complaint is confessed against said Defendant(s).
- [X] **Attorney for City hereby withdraws her appearance.**
- [X] **Bryan Armstrong is hereby granted leave to file an appearance by the next court date.**
- [X] Continued for: (case management) trial, settlement, or dismissal / hearing / jurisdiction

IT IS FURTHER ORDERED THAT this cause be continued to **10 / 2 / 12** at **9:30** a.m., Courtroom 1105, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

Judge Daniel B. Malone

HEARING DATE: **7 / 31 / 12**

By: _/s/ B Baker_
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602  (312) 744-8791

JUL 31 2012
Circuit Court-2012

Judge **Malone**  Courtroom 1105

FORM CONS5.1001 rev. 4/2012

(photocopy if required) Pink Copy for Defendant(s) | Yellow Copy for City of Chicago Department of Law | White Original for Court Records

## IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS



| | |
|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) <br> v. ) <br> ) <br> Darice Armstrong ) <br> 1823 N OAK PARK AVE ) <br> CHGO, IL 60707 ) <br> and ) <br> Darice Armstrong ) <br> 3216 W FULTON ) <br> CHGO, IL 60624 ) <br> and ) <br> Darice Armstrong ) <br> 3229 W LEXINGTON ST ) <br> CHGO, IL 60624 ) <br> , Respondents. ) | Address of Violation: <br> 3216 W Fulton Boulevard <br><br> Docket #: 10BS03990A <br><br> Issuing City <br> Department: Buildings <br><br> I certify this order was deposited in the mail at 740 N. Sedgwick St., Chicago, IL on the date stamped below before 5:00pm in an envelope addressed to each respondent at each address listed on this order with postage fully prepaid. <br><br> ORDER MAILED  OCT 2 0 2010 <br><br> Dept. of Administrative Hearings <br> Clerk's Initials |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| Default - Liable by prove-up | 10WO256472 | 1 | 015012 Equip exit door with door lock hardware so door opens without key from side of egress. (13-160-260) | $500.00 |
| | | 2 | 061014 Repair exterior wall. (13-196-010, 13-196-530 B) | $500.00 |
| | | 3 | 062014 Repair or rebuild parapet and coping. (13-196-530) | $500.00 |
| Not liable - City failed to establish prima facie case | 10WO256472 | 4 | 190019 Arrange for inspection of premises. (13-12-100) | $0.00 |

**Sanction(s):**

**Admin Costs:** $40.00

**JUDGMENT TOTAL:** $1,540.00

**Balance Due:** $1,540.00

Respondent is ordered to come into immediate compliance with any/all outstanding Code violations.

**Respondent being found liable by default has 21 days from the above stamped mailing date to file a petition to vacate (void) this default for good cause, with the Department of Administrative Hearings.**

(1/00)

# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS



ENTERED: *Ralph Reyna*      98     Oct 18, 2010
Administrative Law Judge     ALO#     Date

You may appeal this Order to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.

Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

| | | | | |
|---|---|---|---|---|
| CITY OF CHICAGO, a municipal corporation | ) | | | |
| | ) | | | |
| Plaintiff, | ) | No. | 12M1401040 | |
| | ) | | | |
| V | ) | | | |
| | ) | | | |
| BRYAN ARMSTRONG, | ) | Re: | 3216 W FULTON BLVD | |
| | ) | | Chicago, Illinois | |
| et al. | ) | | | |
| Defendants. | ) | | | |

### NOTICE OF ORDER(S) ENTERED

TO: SERVICE LIST ATTACHED:

You are hereby notified that on 10/02/12 the Honorable Judge Daniel B. Malone entered the following order(s) a copy of each order is attached:

### ORDER(S) OF 10/02/12

This cause is continued to **01/22/13** at **9:30A.M.** in **Courtroom 1105** at the Richard J. Daley Center, 50 West Washington, Chicago, Illinois.

Stephen R. Patton
Corporation Counsel, Atty. No. 90909

**By: Glenn Angel**
**Senior Assistant Corporation Counsel**
City of Chicago Law Department
30 North La Salle Street, Suite 700
Chicago, Illinois 60602 (312)744-4033

### PROOF OF SERVICE BY DELIVERY

I,............................ a non-attorney certify that I served this notice by delivering a copy personally to each person to whom it is directed on .......

### PROOF OF SERVICE BY MAIL

Penny Sumler  (a non-attorney, on oath state)
I served this notice by mailing a copy of this notice to the party or parties, set forth to the attached service list and deposited the same in the United States Mail Depository at 30 North La Salle Street, Chicago, Illinois on or before 5:00p.m. on October 4, 2012 with proper postage prepaid.

(If not the attorney)
Signed and sworn to before me

on October 4, 2012

Notary Public
Cook County, Illinois

CASE NO. 12M1401040

RE: 3216 W FULTON BLVD

## SERVICE LIST

Bryan Armstrong
3216 W Fulton Blvd
Apt 2
Chicago IL 60624

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT-FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation,
    Plaintiff,

v.

Bryan Armstrong et al.,
    Defendant(s).

No: 12 M1 401040

Re: 3216 W Fulton Blvd

Courtroom 1105, Richard J. Daley Center

# Default ORDER

This cause coming to be heard on the set call, the Court having jurisdiction over the subject matter and the below-named defendant(s), being fully advised in the premises, and having heard evidence and testimony;

IT IS HEREBY ORDERED THAT Defendant(s) **Bryan Armstrong**

- [✓] Must personally appear before this Court on the next court date.
- [✓] Must schedule and be present for an **interior** / exterior inspection of the entire premises, with plans and permits on site, with the Department of Buildings, before the next court date or by _____
- [ ] Must correct the following violations at the premises as cited in the Plaintiff's Complaint: _____ before the next court date or by _____
- [ ] Must board and secure the premises before the next court date or by _____
- [ ] Must keep the premises vacant / boarded and secured until further order of court.
- [ ] Shall be subject to a preliminary injunction not to rent, use, lease, or occupy the _____ and must keep the same vacant and secure until further order of court.
- [ ] Must immediately post notice at all levels of the front / rear porch(es) and notify all tenants and occupants that the porch(es) are to be used for emergency exiting only and not for recreation or storage, and maintain such notice until further order of court.
- [ ] Must register the premises as a vacant building pursuant to Municipal Code of Chicago §§ 13-12-125 to -128 within _____ days and must present proof of registration to the Court on the next court date.
- [✓] **Must come into full compliance by the next court date.**

ADDITIONALLY, THAT:

- [ ] All prior orders shall continue in full force and effect until further order of court.
- [ ] An alias summons shall issue to _____
- [ ] The following shall be joined as defendant(s) with summons to issue: _____
- [ ] All tenants and occupants of the property are joined as defendants with summons to issue.
- [ ] The following defendants are dismissed without prejudice, no fines, no costs: _____
- [✓] Defendant(s) **Bryan Armstrong** has / have failed to appear in court or otherwise plead and is / are in default. The complaint is confessed against said Defendant(s), and:
  - [✓] an ex parte judgment in the amount of $ **5,500**.00 plus court costs of $ **60**.00 for a total amount of $ **5,560**.00 is entered against said Defendant(s).
  - [ ] prove-up is continued to a later date.
- [ ] Defendant(s) unknown owners and nonrecord claimants and _____ having failed to appear in court or otherwise plead as of the publication default date of ___/___/___ is/are in default and the complaint is confessed against said Defendant(s).
- [✓] **City granted leave to file a Petition for Appointment of a Limited Receiver instanter.**
- [✓] Continued for: **case management**, trial, settlement, or dismissal / hearing / jurisdiction

IT IS FURTHER ORDERED THAT this cause be continued to **1/22/13** at **9:30** a.m., Courtroom 1105, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

HEARING DATE: **10/2/12**

By: **BBaker**
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602    (312) 744-8791

Judge Daniel B. Malone

OCT 02 2012

Circuit Court-2012    Judge **Malone**    Courtroom 1105

FORM CONS5 1001 rev 4/2012

(photocopy if required)
Pink Copy for Defendant(s)
Yellow Copy for City of Chicago Department of Law
White Original for Court Records

CC 10020-HP03-F01

Rev 09.09

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

City of Chicago,
Plaintiff,

v.

Bryan Armstrong,
Defendant.

12 OCT 30 AM 10: 47

No. 2012-M1-401040

CIVIL DIVISION
CIRCUIT COURT
TIMOTHY BROWN, CLERK

## NOTICE OF MOTION

To:

Glenn Angel
Senior Asst. Corporation Counsel
City of Chicago Law Department
30 N. LaSalle St. Suite 700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on November 13, 2012, at 11:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Presiding in Courtroom 1105 of the Richard J. Daley Center, 50 W. Washington Blvd., Chicago, IL 60602, and shall then and there present the attached Motion, a copy of which is hereby served upon you.

Bryan Armstrong
*Pro Se*
3216 W. Fulton 2nd Floor
Chicago, IL 60624
(312) 388-9192
#99500

## CERTIFICATE OF SERVICE

I, Bryan Armstrong, a non-attorney, certify that I served a copy of the foregoing document to each person to whom it is directed at their respective addresses by depositing a copy with pre paid postage in the United States mail, at 50 W. Washington Blvd., Chicago, IL 60602, at or before the hour of 5:00 p.m on October 30, 2012.

_____
Bryan Armstrong

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

City of Chicago,
Plaintiff,

v.

Bryan Armstrong,
Defendant.

No. 2012-M1-401040



## DEFENDANT'S MOTION TO VACATE DEFAULT

Defendant, Bryan Armstrong, *pro se*, moves this Court pursuant to 735 ILCS 5/2-1301, to vacate any *ex parte* default orders entered against him in the instant case. In support of this Motion, Defendant states:

1. On October 2, 2012 Defendant's case was scheduled to be heard at 9:30 a.m. in 1105.

2. Defendant did not appear at the scheduled hearing because Defendant did not at first realize that he must enter an appearance if he is to contest this action successfully. He has a meritorious defense: he should not be held liable for the conditions of the building at issue herein since he quitclaimed his ownership interest therein to Darice Armstrong in 2007.

3. In the Defendant's absence, an *ex parte* order was entered in favor of the Plaintiff.

4. Defendant filed this motion within 30 days of the entry the *ex-parte* order.

5. This matter was not decided on the merits and Defendant requests an opportunity to be heard.

6. Defendant has at all times been diligent in the defense of this cause of action and at all times careful in the preservation of his rights.

7. A court may set aside any final order or judgment if it finds that it is reasonable to do so. Reid v. Adkins, 48 Ill.2d 402, 270 N.E.2d 841 (1971). In Reid, the Illinois Supreme Court established that the test for § 2-1301 motions is "whether or not substantial justice is being done between the litigants and whether it is reasonable, under the circumstances, to compel the other party to go to trial on the merits." Id. at 406.

CARPLS © 2010

8. Subsequent court decisions have held that §2-1301 is to be liberally applied. Green v. Myers, 106 Ill.App.3d 541, 436 N.E.2d 43 (1st Dist. 1982).

9. This Court has jurisdiction to consider the subject matter of this motion pursuant to 735 ILCS 5/2-1301(e).

10. In this case, substantial justice will be served only by vacating the default judgment entered against Defendant and allowing the case to proceed to trial on its merits.

    **WHEREFORE**, Defendant, Bryan Armstrong, respectfully requests this Court:
    A. Vacate the *ex parte*, default order against Defendant, Bryan Armstrong;
    B. Grant Defendant leave to file an appearance *instanter*; and
    C. Quash and Dismiss all supplemental orders with respect to this matter, and order that all funds garnished or turned over be immediately returned to Defendant's possession.
    D. Grant any other relief this Court deems just.

Bryan Armstrong
*Pro Se* Defendant

Bryan Armstrong
*Pro Se*
3216 W. Fulton 2nd Floor
Chicago, IL 60624
(312) 388-9192
#99500



## Department of Law
## City of Chicago

July 30, 2013

### ATTENTION ALL TENANTS AND OCCUPANTS:

**THE COURT HAS ENTERED AN EMERGENCY VACATE ORDER IN THE HOUSING COURT CASE REFERENCED BELOW:**

City of Chicago v. Bryan Armstrong
Case No. 12 M1 401040, 3216 W. Fulton Blvd

The Circuit Court of Cook County has determined that the subject premises has dangerous and hazardous conditions, which pose an immediate danger to the health and safety of all tenants and occupants. The Court has ordered that all **basement tenants and occupants** shall vacate the building, due to these dangerous and hazardous conditions.

**The City of Chicago Police Department and Department of Family and Support Services, will be at the premises on August 16, 2013 at 9:30 a.m. for purposes of enforcing this vacate order, and to provide tenants and occupants with relocation assistance as necessary.**

Please contact the City of Chicago Department of Family and Support Services, at 311 prior to this date if you require assistance in relocating from the premises.

### ALL TENANTS AND OCCUPANTS ARE TO VACATE THE PREMISES ON OR BEFORE AUGUST 16, 2013. At that time, all utilities at the premises will be terminated, and the premises will be boarded and secured.

Thank you,

Michael J. Knight
Assistant Corporation Counsel
Building and License Enforcement Division
(312) 744-1043

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT–FIRST DISTRICT**

THE CITY OF CHICAGO, a municipal corporation, )
        Plaintiff, )
        ) No: 12 MI 401040
v. Bryan Armstrong )
        ) Re: 3216 W. Fulton Blvd.
        )
        ) Courtroom 11 05, Richard J. Daley Center
        et al., )
        Defendant(s). )

## ORDER TO VACATE PREMISES

This cause coming to be heard on the set call, the Court having jurisdiction over the below-named defendant(s) and the subject matter, being fully advised in the premises, and having heard evidence and testimony,

THE COURT FINDS THAT:

1. the subject premises fails to meet minimum standards of health and safety as set forth in the applicable provisions of the Municipal Code of the City of Chicago and as stated in the complaint herein; and

2. the City has demonstrated by competent evidence that an imminent threat to health, safety, and welfare of tenants and occupants exists at the subject premises.

IT IS THEREFORE ORDERED THAT Defendant(s) Bryan Armstrong

1. Shall cause the following area(s) of the subject premises to be vacated: Entire Premises (3 Dwelling
   [ ] immediately.    [ ] within _____ hours.    [X] by 8/16/13.

2. Shall maintain these vacated area(s) in a vacant and secure condition until further order of court.

3. Shall maintain all utilities (including but not limited to electricity, water, gas, and heat) to all areas of the subject premises covered by this order until such time as those areas are fully vacant and unoccupied.

4. Shall allow representatives from the City Department of Family Support Services onto the subject premises and shall not interfere with those representatives as they assist tenants and occupants in vacating the premises.

5. The City of Chicago shall be held harmless for any incidental damage that may occur in the execution of this order.

[X] If the above named Defendant(s) do/does not vacate and secure the subject premises by 8/16/13 then the City of Chicago is authorized to do so. Pursuant to 65 ILCS 5/11-31-1(a), all costs incurred by the City in executing this order, including court costs and attorney's fees, shall be a priority lien on the subject property. The City is granted leave to file a motion seeking approval of any and all costs incurred in the execution of this order.

[X] The City of Chicago is authorized to enforce this vacate order with the assistance of various city departments, including but not limited to: the Chicago Police Department, the Department of Buildings, the Department of Family and Support Services, and the Department of Streets and Sanitation.

[X] If the owner fails to board and secure the premises the city is authorized to board and secure once the

[ ] property is vacant

IT IS FURTHER ORDERED THAT this cause be set for hearing on 8/20/13 at 9:30 a.m. p.m., Courtroom 11 05, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

HEARING DATE: 7/30/13

By: _____
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602   (312) 744-8791

FORM BLE.3002 rev. 4/2012

Assoc. Judge Pamela Hughes Gillespie

JUL 30 2013

Circuit Court 1953

Judge _____ Courtroom 11 __

1/2

#29

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT–FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation, )
        Plaintiff, )
v. ) No: 12 M1 401040
Bryan Armstrong )
        et al., ) Re: 3216 W. Fulton Blvd
        Defendant(s). ) Courtroom 11 05, Richard J. Daley Center

## ~~AGREED~~ ORDER AUTHORIZING CITY ACTION AT AN UNSAFE PROPERTY

This cause coming to be heard on the set call, and the Court being fully advised of the premises, the Court finds that the subject property is dangerous and hazardous to the public health, safety and welfare and is an ongoing nuisance which requires immediate abatement, and under the authority of 65 ILCS 5/11-31-1,

IT IS HEREBY ORDERED THAT:

1. Plaintiff, City of Chicago, is authorized to immediately enter the subject premises, with force if necessary, in order to:
   [X] conduct an interior inspection with break-in authority.
   [X] board and secure the premises. once vacant
   [ ] remove all junk, debris, and/or other material which is hazardous or a nuisance.
   [ ] remove and dispose of any abandoned or inoperable vehicle(s) which is/are hazardous or a nuisance.
   [ ] take appropriate action with respect to any domestic animals.
   [ ] abate, remove, and/or exterminate any rats, mice, insects or other vermin which constitute a nuisance.
   [ ] remove all foliage which is a safety hazard or nuisance, including weeds, shrubbery, and/or trees.
   [ ] notify
       [ ] Commonwealth Edison that electrical service
       [ ] Peoples Gas that gas service
       [ ] the City Water Department that water service
   must be shut off immediately due to dangerous and hazardous conditions at the subject premises.
   [ ] repair the following: _____
   [ ] enclose the following: _____
   [ ] demolish the following: _____
   [ ] _____

2. Pursuant to 65 ILCS 5/11-31-1(a), the costs incurred by the City regarding the action specified in paragraph 1, including court costs and attorney's fees, shall be a priority lien on the subject property. The City is granted leave to file a motion seeking approval of any and all costs incurred in the execution of this order.

3. The City of Chicago Police Department is authorized to assist in the execution of this order.

4. The City of Chicago shall be held harmless for any incidental damage that may occur in the execution of this order.

IT IS FURTHER ORDERED THAT this cause be continued to 08/20/13 at 9:30 a.m./p.m.,
Courtroom 1105, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

HEARING DATE: 7/30/13

8/20/13    Assoc. Judge Pamela Hughes Gillespie

By: _____
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602    (312) 744-8791

JUL 30 2013

Circuit Court 1953

Judge _____

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT–FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation,
    Plaintiff,

v. Bryan Armstrong

    et al.,
    Defendant(s).

No: 12 M1 401040

Re: 3216 W. Fulton Blvd.

Courtroom 11 05, Richard J. Daley Center

## RULE TO SHOW CAUSE

This cause coming to be heard on City of Chicago's Petition for Rule to Show Cause, the Court having jurisdiction over the below-named defendants and the subject matter, being fully advised in the premises, and having heard evidence and testimony,

THE COURT HEREBY FINDS:

1. That on 1/22/13, Judge Malone entered an order for Defendant(s) Bryan Armstrong _____ to:

   [ ] personally appear before this Court at the next scheduled hearing.
   [X] schedule and be present for an (interior / exterior) inspection of the entire premises, with plans and permits on site, with the Department of Buildings.
   [ ] correct the following violations at the subject premises as cited in the Plaintiff's Complaint: _____
   [ ] board and secure the premises.
   [ ] keep the premises vacant / boarded and secure until further order of court.
   [ ] post notice at all levels of the front / rear porch(es) and notify all tenants and occupants that the porch(es) are to be used for emergency exiting only and not for recreation or storage, and maintain such notice until further order of court.
   [ ] apply for / obtain all necessary building permits.
   [ ] install smoke and/or carbon monoxide detectors as required by the Chicago Municipal Code.
   [ ] register the premises as a vacant building pursuant to Municipal Code of Chicago § 13-12-125 to -128 and present proof of such registration to the Court.
   [ ] vacate the following portions of the subject premises: _____
   [ ] _____
   [ ] _____

2. That since that time Defendant(s) has/have failed to comply with said order.

THEREFORE IT IS HEREBY ORDERED THAT:

A Rule to Show Cause shall issue against the above named Defendant(s) to show cause why Defendant(s) should not be held in indirect civil contempt of court. The rule is returnable to this Court on 8/20/13, at 9:30 (a.m.) p.m., Courtroom 11 05, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

8/20/13

Assoc. Judge Pamela Hughes Gillespie

JUL 30 2013
Circuit Court 1953

HEARING DATE: 7/30/13

By: _____
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602    (312) 744-8791

FORM BLE.2002 rev. 4/2012

Judge Gillespie     Courtroom 11 05